SCHOELLKOPF, Appellant, *v.* GLUCK, Respondent.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Order appealed from denying motion to vacate order for examination of plaintiff affirmed, with $10 costs and disbursements.

CORLETT, J., not voting.

---

PEOPLE *v.* FEATHERLY.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for leave to appeal to the court of appeals granted. See 12 N. Y. Supp. 389.

---

DANIHE, Respondent, *v.* HYATT, Appellant.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for reargument or for leave to appeal to the court of appeals denied.    See 12 N. Y. Supp. 465.

---

WOODWORTH, Respondent, *v.* HODGSON *et al.,* Appellants.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for leave to appeal to the court of appeals granted. See 12 N. Y. Supp. 424.

---

BURLINGAME *et al.,* Respondents, *v.* SHELMIRE, Appellant.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for leave to appeal to the court of appeals denied. See 12 N. Y. Supp. 655.

---

WILCOX, Respondent, *v.* VAN VOORHIS, Appellant.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for reargument or for leave to appeal to the court of appeals denied.    See 12 N. Y. Supp. 617.

---

SIEFERT *v.* CAVERLY.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion to dismiss appeal denied, with $10 costs.

---

NIAGARA FALLS HYDRAULIC POWER Co. *v.* QUIGLEY.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion to dismiss appeal denied, with $10 costs.

---

KAVANAGH, Respondent, *v.* BARBER, Appellant.

*(Supreme Court, General Term, Fifth Department.    March Term, 1891.)*

No opinion.    Motion for leave to appeal to court of appeals granted.    See 12 N. Y. Supp. 603.